CHARLES F. DUNN v. A. W. TAYLOR, SHERIFF OF LENOIR COUNTY.

(Filed 1 October, 1924.)

APPEAL by plaintiff from *Horton, J.,* at June Term, 1924, of LENOIR.

*Charles F. Dunn in propria persona.*
*F. E. Wallace and John G. Dawson for defendant.*

PER CURIAM.  This is the fourth appeal in this cause.  See 186 N. C., 254; 187 N. C., 385; 187 N. C., 865.  In the present appeal it appears that the jury found that the land had been redeemed from the tax sale in due time by those who had a lien upon or an interest in it, and that the law was properly applied to the various questions arising upon the evidence.

We find

No error.